UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

Corey L. Lucas,

    Plaintiff,

v.                                   ACTION NO. 2:14cv319

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration,

    Defendant.

### FINAL ORDER

Plaintiff Corey L. Lucas brought this action pro se under 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3), seeking judicial review of the final decision of the Acting Commissioner of Social Security denying his claim for Disability Insurance Benefits pursuant to Title II of the Social Security Act.

This matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure, as well as Rule 72 of the Local Rules of the United States District Court for the Eastern District of Virginia, for a report and recommendation. The Report and Recommendation of the Magistrate Judge was filed on June 29, 2015, recommending that Plaintiff's motion for summary judgment, ECF No. 14, be DENIED, Defendant's motion for summary judgment, ECF

1

No. 16, be GRANTED, and the final decision of the Acting Commissioner be AFFIRMED, and that his matter be DISMISSED WITH PREJUDICE. By copy of the Report and Recommendation, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. No objections were filed by either party.

Having reviewed the record, and finding no error, the Court hereby ADOPTS the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed on June 29, 2015, and the decision of the Acting Commissioner is **AFFIRMED**, Defendant's motion for summary judgment, ECF No. 16, is **GRANTED**, Plaintiff's motion for summary judgment, ECF No. 14, is **DENIED**, and this case is **DISMISSED WITH PREJUDICE**.

Plaintiff is ADVISED that he may appeal from this Final Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. Said written notice must be received by the Clerk within sixty (60) days from the date of this Final Order.

The Clerk shall forward a copy of this Final Order to Plaintiff and to counsel of record for Defendant.

/s/
Mark S. Davis
United States District Judge

Norfolk, Virginia
July 31, 2015

2

RECEIVED

2015 AUG -3  A 11:37

CLERK, US DISTRICT COURT
NORFOLK, VIRGINIA